**Order entered February 24, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00055-CV

## IN THE INTEREST OF S.B. & S.B., CHILDREN

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-12-1096-X**

## ORDER

The reporter's record in this termination of parental rights appeal has not been filed, despite court reporter Pamela Sumler twice being directed to file it. Because this accelerated appeal was filed January 9, 2020 and cannot proceed without the reporter's record, we **ORDER** Ms. Sumler, Official Court Reporter for the 305th Judicial District Court, to file the record **no later than March 2, 2020.** *To ensure the record is filed as ordered, the trial court must arrange a substitute reporter if necessary.* See TEX. R. APP. P. 28.4(b)(1). We caution that, should the record not be filed by March 2nd, an order that Ms. Sumler not sit as a reporter until she complies may issue.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Cheryl Lee Shannon, Presiding Judge of the 305th Judicial District Court; Ms. Sumler; and, the parties.

/s/ BILL WHITEHILL
JUSTICE